AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC. <br><br> *Plaintiff* <br><br> v. <br><br> TWITTER, INC., a Delaware corporation, <br> EVERBRIDGE INC., a Delaware corporation, <br> RAVE WIRELESS INC., a Delaware corporation <br> *Defendant* | Civil Action No. 09 865 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> RAVE WIRELESS, INC.
> c/o Registered Agent
> Corporation Service Company
> 2711 Centerville Road, Suite 400
> Wilmington, DE 19808

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Philip A. Rovner, Esq. (#3215)
> Potter Anderson & Corroon LLP
> P.O. Box 951
> Wilmington, DE 19899
> (302) 984-6000 - provner@potteranderson.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:                      [signature]
                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Rave Wireless, Inc__
was received by me on *(date)* __11/16/09__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Amy Shultz__, who is designated by law to accept service of process on behalf of *(name of organization)* __Corporation Service Company__ on *(date)* __11/16/09__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __11/16/09__

_____
Server's signature

__John A Gruber — Process Server__
Printed name and title

__230 N Market St, Wilm DE 19801__
Server's address

Additional information regarding attempted service, etc: