# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 09-865 (JJF) |
| TWITTER, INC.; EVERBRIDGE INC.; and RAVE WIRELESS INC., | ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time by which Defendant Rave Wireless Inc. must move, answer, or otherwise respond to the Complaint is extended to January 11, 2010.

POTTER ANDERSON & CORROON, LLP

 /s/ Philip A. Rovner
Philip A. Rovner (No. 3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Cooper Notification, Inc.*

STAMOULIS & WEINBLATT LLC

 /s/ Stamatios Stamoulis
Stamatios Stamoulis (No. 4606)
Richard C. Weinblatt (No. 5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19800
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Rave Wireless Inc.*


IT IS SO ORDERED this _____ day of December, 2009

_____
The Honorable Joseph J. Farnan, Jr.

## **NOTICE OF SERVICE**

I certify that on December 3, 2009, I caused a true and correct copy of the Stipulation and Order to Extend Time for Rave Wireless Inc. to be served upon the following counsel by CF/ECF:

> Philip A. Rovner
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> provner@potteranderson.com
> *Attorneys for Cooper Notification, Inc.*

                                    /s/ Stamatios Stamoulis

Stamatios Stamoulis (No. 4606)