IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., a Delaware corporation; EVERBRIDGE INC., a Delaware corporation; and RAVE WIRELESS INC., a Delaware corporation, <br><br> Defendants. | Civil Action No. 1:09-cv-00865-JJF <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT EVERBRIDGE INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Defendant, Everbridge Inc. ("Everbridge") is a non-governmental corporate party in the above-captioned action. There is no parent corporation for Everbridge. There is no publicly held corporation that owns 10% or more of Everbridge.

*OF COUNSEL:*

Edward Cavazos
edward.cavazos@bgllp.com
Michael Chibib
michael.chibib@bgllp.com
Joshua L. Tucker
josh.tucker@bgllp.com
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701

(512) 472-7800

Dated: December 7, 2009

/s/ Laura Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant Everbridge, Inc.*

RLF1 3512865v.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I further certify that I caused copies of the foregoing to be served on December 7, 2009 in the manner indicated to:

**VIA ELECTRONIC MAIL**

Philip A. Rovner
Potter Anderson & Corroon, LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

Paul J. Andre
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065

Stamatios Stamoulis
Richard C. Weinblatt
Two Fox Point Centre
6 Denny Road
Suite 307
Wilmington, DE 19809

 /s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
Hatcher@rlf.com

RLF1 3513052v.1