IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-865-JJF |
| ) | |
| TWITTER, INC., EVERBRIDGE INC., and ) | |
| RAVE WIRELESS INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which Defendant Twitter, Inc. shall respond to the complaint in this matter is hereby extended through and including Monday January 11, 2010.

| POTTER ANDERSON & CORROON, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Philip A. Rovner | /s/ John G. Day |
| Philip A. Rovner (I.D. #3215) | John G. Day (I.D. #2403) |
| Hercules Plaza | Lauren E. Maguiren(I.D. #4261) |
| P.O. Box 951 | Caroline Hong (I.D. #5189) |
| Wilmington, DE 19899 | 500 Delaware Avenue, 8th Floor |
| (302) 984-6000 | P.O. Box 1150 |
| provner@potteranderson.com | Wilmington, DE 19899 |
| | 302-654-1888 |
| *Attorneys for Plaintiff* | jday@ashby-geddes.com |
| *Cooper Notification, Inc.* | lmaguire@ashby-geddes.com |
| | chong@ashby-geddes.com |
| | |
| | *Attorneys for Defendant Twitter Inc.* |

SO ORDERED this ____ day of _____, 2009.

_____
United States District Judge

{00360698;v1}