## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COOPER NOTIFICATION, INC., a Delaware
corporation,

        Plaintiff,

v.                                                                          Civil Action No. 1:09-cv-00865-JJF

TWITTER, INC., a Delaware corporation;                                      **JURY TRIAL DEMANDED**
EVERBRIDGE INC., a Delaware corporation;
and RAVE WIRELESS INC., a Delaware
corporation,

        Defendants.

## <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Frederick L. Cottrell, III and Richards, Layton & Finger, P.A.

as counsel for Defendant Everbridge Inc. in the above-captioned matter.


                                  */s/ Frederick L. Cottrell, III*

                                Frederick L. Cottrell, III (#2555)

*OF COUNSEL:*                     cottrell@rlf.com
                                  Laura D. Hatcher (#5098)
Edward Cavazos                hatcher@rlf.com
edward.cavazos@bgllp.com     Richards, Layton & Finger, P.A.
Michael Chibib                  One Rodney Square
michael.chibib@bgllp.com       920 North King Street
Joshua L. Tucker                Wilmington, Delaware 19801
josh.tucker@bgllp.com          (302) 651-7700
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, TX  78701             *Attorneys for Defendant Everbridge, Inc.*


(512) 472-7800

Dated:  December 8, 2009

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2009, I electronically filed the foregoing with the

Clerk of the Court using CM/ECF.  I further certify that I caused copies of the foregoing to be

served on December 8, 2009 in the manner indicated to:

**VIA ELECTRONIC MAIL**

Philip A. Rovner
Potter Anderson & Corroon, LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

Paul J. Andre
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065

Stamatios Stamoulis
Richard C. Weinblatt
Two Fox Point Centre
6 Denny Road
Suite 307
Wilmington, DE 19809

*/s/ Laura D. Hatcher*
Laura D. Hatcher (#5098)
Hatcher@rlf.com

RLF1 3513052v.1