# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| COOPER NOTIFICATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-865-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| TWITTER, INC., a Delaware corporation, | ) | **JURY TRIAL DEMANDED** |
| EVERBRIDGE INC., a Delaware corporation, | ) | |
| RAVE WIRELESS INC., a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Dockets.Justia.com

## COOPER NOTIFICATION, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Cooper

Notification, Inc. ("Cooper Notification") states the following:

1.  Cooper US, Inc. is a parent corporation to Cooper Notification.

2.  No publicly held corporation owns more than 10% of Cooper Notification's stock.


POTTER ANDERSON & CORROON LLP


OF COUNSEL:

Paul J. Andre
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood City, CA  94065
(650) 590-0700

Dated:  December 8, 2009
945414

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff*
*Cooper Notification, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on December 8, 2009, the within

document was filed with the Clerk of the Court using CM/ECF which will send notification of

such filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from CM/ECF.

## BY CM-ECF AND E-MAIL

John G. Day, Esq.
Lauren E. Maguire, Esq.
Caroline Hong, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19800
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Frederick L. Cottrell, III, Esq.
Laura D. Hatcher, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Cottrell@rlf.com
hatcher@rlf.com

I hereby certify that on December 8, 2009 I have sent by E-mail the foregoing

document to the following non-registered participants:

Edward Cavazos, Esq.
Michael Chibib, Esq.
Joshua L. Tucker, Esq.
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701
Edward.cavazos@bgllp.com
Michael.chibib@bgllp.com
Josh.tucker@bgllp.com

/s/ Philip A. Rovner

Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com