IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation; EVERBRIDGE INC., a Delaware corporation; and RAVE WIRELESS INC., a Delaware corporation,<br><br>    Defendants. | Civil Action No. 09-865-JJF<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Edward A. Cavazos, Michael Chibib, and Joshua L. Tucker to represent defendant Everbridge Inc. in the above matter.

*OF COUNSEL:*

Edward Cavazos
edward.cavazos@bgllp.com
Michael Chibib
michael.chibib@bgllp.com
Joshua L. Tucker
josh.tucker@bgllp.com
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701

(512) 472-7800

Dated: January 13, 2010

 */s/ Laura D. Hatcher*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant Everbridge, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Edward A. Cavazos, Michael Chibib, and Joshua L. Tucker is granted.

Dated: _____, 2010

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office.

Michael Chibib
Bracewell & Giuliani LLP
111 Congress Avenue
Suite 2300
Austin, TX 78701-4061
(512) 472-7800

Dated: January 12, 2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office.

Joshua L. Tucker
Bracewell & Giuliani LLP
111 Congress Avenue
Suite 2300
Austin, TX 78701-4061
(512) 472-7800

Dated: January 12, 2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office.

_____
Edward A. Cavazos
Bracewell & Giuliani LLP
111 Congress Avenue
Suite 2300
Austin, TX 78701-4061
(512) 472-7800

Dated: January 12, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I further certify that I caused copies of the foregoing to be served on January 13, 2010 in the manner indicated to:

**VIA ELECTRONIC MAIL**

Philip A. Rovner
Potter Anderson & Corroon, LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

Paul J. Andre
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065

Stamatios Stamoulis
Richard C. Weinblatt
Two Fox Point Centre
6 Denny Road
Suite 307
Wilmington, DE 19809

　　　　　　　　　　　　　　　　*/s/ Laura D. Hatcher*
　　　　　　　　　　　　　　　　Laura D. Hatcher (#5098)
　　　　　　　　　　　　　　　　Hatcher@rlf.com