IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-865-JJF |
| ) | |
| TWITTER, INC., EVERBRIDGE INC., RAVE ) | |
| WIRELESS INC., and FEDERAL SIGNAL ) | |
| CORP., ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TWITTER, INC.

Defendant, Twitter, Inc. ("Twitter"), by the undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, certifies that (1) Twitter has no parent company; and (2) no publicly held corporation owns more than ten percent (10%) or more of Twitter stock.

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendant Twitter Inc.*

{00374375;v1}

*Of Counsel:*

Lynn H. Pasahow
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500

Dated: January 22, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on the 22ND day of January, 2010, the attached **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TWITTER, INC.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Paul J. Andre, Esquire<br>King & Spalding LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood City, CA  94065 | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Richard, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Edward A. Cavazos, Esquire<br>Bracewell & Giuliani LLP<br>111 Congress Avenue, Suite 2300<br>Austin, TX  78701 | VIA ELECTRONIC MAIL |
| Stamatios Stamoulis, Esquire<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE  19801 | HAND DELIVERY |

/s/ *John G. Day*

John G. Day