Cooper Notification Inc. v. Twitter Inc. et al

Doc. 22

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., a Delaware corporation, EVERBRIDGE INC., a Delaware corporation, RAVE WIRELESS INC., a Delaware corporation, FEDERAL SIGNAL CORP., a Delaware corporation, <br><br> Defendants. | Civil Action No. 09-865-JJF <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF COOPER NOTIFICATION, INC.'S REPLY TO COUNTERCLAIMS OF DEFENDANT TWITTER, INC.

Plaintiff Cooper Notification, Inc. ("Cooper") replies to the counterclaims set forth by Defendant Twitter, Inc. ("Twitter") in its Answers, Defenses, and Counterclaims to Cooper's Amended Complaint for Patent Infringement ("Counterclaims") as follows:

1. The allegations of paragraph 1 are legal conclusions, and do not require a responsive pleading. To the extent a response is required, Cooper does not dispute that the counterclaims purport to seek a declaratory judgment.

2. On information and belief, Twitter is a Delaware corporation with its principal place of business at 164 South Park, San Francisco, California 94107.

3. Admitted.

4. The allegations of paragraph 4 are legal conclusions, and do not require a responsive pleading. To the extent a response is required, Cooper does not dispute that subject matter jurisdiction in this district is proper.

1

Dockets.Justia.com

5. The allegations of paragraph 5 are legal conclusions, and do not require a responsive pleading. To the extent a response is required, Cooper does not dispute that personal jurisdiction in this district is proper.

6. The allegations of paragraph 6 are legal conclusions, and do not require a responsive pleading. To the extent a response is required, Cooper does not dispute that venue is proper in this district.

7. The allegations of paragraph 7 are legal conclusions, and do not require a responsive pleading. To the extent a response is required, Cooper does not dispute that there is an actual controversy between Cooper and Twitter regarding Twitter's infringement of the '428 Patent, which is presumed to be valid.

## COUNT I

8. Cooper incorporates by reference paragraphs 1-7 of this Reply in response to Paragraph 8 of the Counterclaims.

9. Admitted.

10. Admitted.

11. Cooper denies the allegations of Paragraph 11 of the Counterclaims.

## COUNT II

12. Cooper incorporates by reference paragraphs 1-11 of this Reply in response to Paragraph 12 of the Counterclaims.

13. Cooper denies the allegations of Paragraph 13 of the Counterclaims.

**PRAYER FOR RELIEF**

WHEREFORE, Cooper denies that Twitter is entitled to any judgment or relief in its favor, including the relief sought in paragraphs A through E of the Prayer for Relief in the Defendant's Counterclaims.

POTTER ANDERSON & CORROON LLP

OF COUNSEL

Paul J. Andre
Lisa Kobialka
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
(650) 590-0700

Dated: February 12, 2010
953129

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Cooper Notification, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 12, 2010, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF AND E-MAIL

John G. Day, Esq.
Lauren E. Maguire, Esq.
Caroline Hong, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

Frederick L. Cottrell, III, Esq.
Laura D. Hatcher, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Cottrell@rlf.com
hatcher@rlf.com

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19800
stamoulis@swdelaw.com
weinblatt@swdelaw.com

I hereby certify that on February 12, 2010 I have sent by E-mail the foregoing document to the following non-registered participants:

Edward Cavazos, Esq.
Michael Chibib, Esq.
Joshua L. Tucker, Esq.
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701
Edward.cavazos@bgllp.com
Michael.chibib@bgllp.com
Josh.tucker@bgllp.com

Lynn H. Pasahow, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
lpasahow@fenwick.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

2