IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-865-JJF |
| ) | |
| TWITTER, INC., EVERBRIDGE INC., ) | |
| RAVE WIRELESS INC., FEDERAL SIGNAL ) | |
| CORP., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION AND (PROPOSED) ORDER

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Cooper Notification, Inc. and Defendant Federal Signal Corp. ("Federal Signal"), subject to the approval of the Court, that the time for Federal Signal to answer, move, or otherwise respond to the amended complaint is extended through and including February 26, 2010.

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Philip A. Rovner* | /s/ *John W. Shaw* |
| Philip A. Rovner (No. 3215) | John W. Shaw (No. 3362) |
| Hercules Plaza | The Brandywine Building |
| P.O. Box 951 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 571-6600 |
| provner@potteranderson.com | jshaw@ycst.com |
| *Attorneys for Plaintiff Cooper Notification, Inc.* | *Attorneys for Defendant Federal Signal Corp.* |

Dated: February 15, 2010

SO ORDERED this ___ day of February, 2010.

_____
United States District Judge