# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TWITTER, INC.; EVERBRIDGE INC.; )<br>RAVE WIRELESS INC.; and FEDERAL )<br>SIGNAL CORP. )<br>Defendants. ) | C.A. No. 09-865 (JJF) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time by which Defendant Rave Wireless Inc. must move, answer, or otherwise respond to the Complaint is extended to February 26, 2010.

| POTTER ANDERSON & CORROON, LLP | STAMOULIS & WEINBLATT LLC |
|---|---|
| /s/ Philip A. Rovner<br>Philip A. Rovner (No. 3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorneys for Cooper Notification, Inc.* | /s/ Stamatios Stamoulis<br>Stamatios Stamoulis (No. 4606)<br>Richard C. Weinblatt (No. 5080)<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19800<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Rave Wireless Inc.* |

IT IS SO ORDERED this _____ day of February, 2010

_____
The Honorable Joseph J. Farnan, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16 day of February, 2010, the attached STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME was electronically filed with the Clerk of the Court using CM/ECF. I further certify that I caused the foregoing documents to served upon the below-named counsel of record by electronic mail.

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899

Paul J. Andre, Esquire
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood City, CA 94065

Frederick L. Cottrell, III, Esquire
Richard, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Edward A. Cavazos, Esquire
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701

John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150 Wilmington, DE 19899

Lynn H. Pasahow
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

By: /s/ Stamatios Stamoulis
Stamatios Stamoulis