IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COOPER NOTIFICATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-865-JJF |
| | ) | |
| TWITTER, INC., EVERBRIDGE INC., RAVE | ) | |
| WIRELESS INC., and FEDERAL SIGNAL | ) | |
| CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Lynn H. Pasahow, J. David Hadden, David D. Schumann, Elizabeth J. White,

and Phillip J. Haack to represent Twitter, Inc. in this matter. Pursuant to this Court's Standing

Order effective January 1, 2005, a check in the amount of $125.00 is included to cover the

annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendant Twitter Inc.*

Dated: February 19, 2010

{00374674;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COOPER NOTIFICATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-865-JJF |
| | ) | |
| TWITTER, INC., EVERBRIDGE INC., RAVE | ) | |
| WIRELESS INC., and FEDERAL SIGNAL | ) | |
| CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2010, the Court having

considered the motion for the admission *pro hac vice* of Lynn H. Pasahow, J. David Hadden,

David D. Schumann, Elizabeth J. White, and Phillip J. Haack to represent Twitter, Inc. in the

above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the

foregoing attorneys are admitted *pro hac vice*.


_____
United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I

am admitted, practicing, and in good standing as a member of the Bar of State of California, and,

pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any

alleged misconduct which occurs in the preparation or course of this action.  I also certify that I

am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for

District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will

be submitted to the Clerk's Office upon the filing of this motion.

Lynn H. Pasahow
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Dated:  1/25/10

{00374674;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

| | |
|---|---|
| Dated: 2/18/10 | J. David Hadden<br>Fenwick & West, LLP<br>801 California Street<br>Mountain View, CA  94041<br>(650) 988-8500 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

David D. Schumann
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Dated:  1/25/10

{00374674;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Elizabeth J. White
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Dated:   January 25, 2010

{00374674;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Phillip J. Haack
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

Dated:   January 25, 2010

{00374674;v1}