IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-865-JJF |
| ) | |
| TWITTER, INC., EVERBRIDGE INC., ) | **JURY TRIAL DEMANDED** |
| RAVE WIRELESS INC., FEDERAL SIGNAL ) | |
| CORP., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT FEDERAL SIGNAL CORP.'S
RULE 7.1 DISCLOSURE STATEMENT**

Defendant, Federal Signal Corp. ("Federal Signal") is a non-governmental corporate party in the above-captioned action. There is no parent corporation for Federal Signal. There is no publicly held corporation that owns 10% or more of Federal Signal.

                                                                YOUNG CONAWAY STARGATT
                                                                & TAYLOR, LLP

                                                                /s/ James L. Higgins
                                                                John W. Shaw (No. 3362)
                                                                James L. Higgins (No. 5021)
Of Counsel:                                                     The Brandywine Building
                                                                1000 West Street, 17th Floor
MERCHANT & GOULD P.C.                                           Wilmington, DE 19801
Daniel W. McDonald                                              (302) 571-6600
Thomas J. Leach                                                 jhiggins@ycst.com
3200 IDS Center
80 South Eighth Street                                          *Attorneys for Defendant Federal Signal Corp.*
Minneapolis, MN 55402

Dated: February 26, 2010

## **CERTIFICATE OF SERVICE**

I, James L. Higgins, Esquire, hereby certify that on February 26, 2010, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
*provner@potteranderson.com*

*Attorneys for Plaintiff*

Frederick L. Cottrell, III, Esquire
Laura D. Hatcher, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*cottrell@rlf.com*
*hatcher@rlf.com*

*Attorneys for Defendant Everbridge Inc.*

John G. Day, Esquire
Lauren E. Maguire, Esquire
Caroline Hong, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*jday@ashby-geddes.com*
*lmaguire@ashby-geddes.com*
*chong@ashby-geddes.com*

*Attorneys for Defendant Twitter Inc.*

Stamatios Stamoulis, Esquire
Richard C. Weinblatt, Esquire
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
*stamoulis@swdelaw.com*
*winblatt@swdelaw.com*

*Attorneys for Defendant Rave Wireless Inc.*

I further certify that on February 26, 2010, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Paul J. Andre, Esquire
Lisa Kobialka, Esquire
James R. Hannah, Esquire
Sean M. Boyle, Esquire
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA  94065
*pandre@kslaw.com*
*lkobialka@kslaw.com*
*jhannah@kslaw.com*
*sboyle@kslaw.com*

*Attorneys for Plaintiff*

Edward Cavazos, Esquirqe
Michael Chibib, Esquire
Joshua L. Tucker, Esquire
Bracewell & Guiliani LLP
111 Congress Avenue, Suite 2300
Austin, TX  78701
*ed.cavazos@bgllp.com*
*michael.chibib@bgllp.com*
*josh.tucker@bgllp.com*

*Attorneys for Defendant Everbridge Inc.*

Lynn H. Pasahow, Esquire
J. David Hadden, Esquire
David D. Schumann, Esquire
Elizabeth J. White, Esquire
Phillip J. Haack, Esquire
Fenwick & West, LLP
801 California Street
Mountain View, CA  94041
lpasahow@fenwick.com
dhadden@fenwick.com
dschumann@fenwick.com
bwhite@fenwick.com
phaack@fenwick.com

*Attorneys for Defendant Twitter Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *James L. Higgins*
John W. Shaw (No. 3362)
James L. Higgins (No. 5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600
jhiggins@ycst.com

*Attorneys for Defendant Federal Signal Corp.*

3