IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COOPER NOTIFICATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-865-JJF |
| | ) | |
| TWITTER, INC., EVERBRIDGE INC., | ) | |
| RAVE WIRELESS INC., FEDERAL SIGNAL | ) | |
| CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Thomas J. Leach, Esquire, and Daniel W. McDonald, Esquire, to represent

defendant Federal Signal Corp. in this civil action.  In accordance with Standing Order for

District Court Fund, counsel certifies that the annual fee of $25.00, if not already paid, will be

submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ James L. Higgins*
John W. Shaw (No. 3362)
James L. Higgins (No. 5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com

Dated: February 26, 2010            *Attorneys for Defendant Federal Signal Corp.*

Dockets.Justia.com

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of

Thomas J. Leach, Esquire, and Daniel W. McDonald, Esquire is GRANTED.


Dated:  March ____, 2010.


_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: February 16, 2010

Thomas J. Leach
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
tleach@merchantgould.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant

to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct that occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.  In accordance with Standing Order for District

Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office

upon the filing of this motion.


Dated: February 16, 2010

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
dmcdonald@merchantgould.com

## CERTIFICATE OF SERVICE

I, James L. Higgins, Esquire, hereby certify that on February 26, 2010, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
*provner@potteranderson.com*

*Attorneys for Plaintiff*

Frederick L. Cottrell, III, Esquire
Laura D. Hatcher, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*cottrell@rlf.com*
*hatcher@rlf.com*

*Attorneys for Defendant Everbridge Inc.*

John G. Day, Esquire
Lauren E. Maguire, Esquire
Caroline Hong, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*jday@ashby-geddes.com*
*lmaguire@ashby-geddes.com*
*chong@ashby-geddes.com*

*Attorneys for Defendant Twitter Inc.*

Stamatios Stamoulis, Esquire
Richard C. Weinblatt, Esquire
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
*stamoulis@swdelaw.com*
*winblatt@swdelaw.com*

*Attorneys for Defendant Rave Wireless Inc.*

I further certify that on February 26, 2010, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Paul J. Andre, Esquire
Lisa Kobialka, Esquire
James R. Hannah, Esquire
Sean M. Boyle, Esquire
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
*pandre@kslaw.com*
*lkobialka@kslaw.com*
*jhannah@kslaw.com*
*sboyle@kslaw.com*

*Attorneys for Plaintiff*

Edward Cavazos, Esquirqe
Michael Chibib, Esquire
Joshua L. Tucker, Esquire
Bracewell & Guiliani LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701
*ed.cavazos@bgllp.com*
*michael.chibib@bgllp.com*
*josh.tucker@bgllp.com*

*Attorneys for Defendant Everbridge Inc.*

2

Lynn H. Pasahow, Esquire
J. David Hadden, Esquire
David D. Schumann, Esquire
Elizabeth J. White, Esquire
Phillip J. Haack, Esquire
Fenwick & West, LLP
801 California Street
Mountain View, CA  94041
lpasahow@fenwick.com
dhadden@fenwick.com
dschumann@fenwick.com
bwhite@fenwick.com
phaack@fenwick.com

*Attorneys for Defendant Twitter Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*
John W. Shaw (No. 3362)
James L. Higgins (No. 5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600
jhiggins@ycst.com

*Attorneys for Defendant Federal Signal Corp.*

3