## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPER NOTIFICATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-865 (JJF) |
| | ) |
| TWITTER, INC.; EVERBRIDGE INC.; RAVE WIRELESS INC.; and FEDERAL SIGNAL CORP. | ) ) ) |
| Defendants. | ) |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time by which Defendant Rave Wireless Inc. must move, answer, or otherwise respond to the Complaint is extended to March 19, 2010.

| POTTER ANDERSON & CORROON, LLP | STAMOULIS & WEINBLATT LLC |
|---|---|
| /s/ Philip A. Rovner | /s/ Stamatios Stamoulis |
| Philip A. Rovner (No. 3215) | Stamatios Stamoulis (No. 4606) |
| Hercules Plaza | Richard C. Weinblatt (No. 5080) |
| P.O. Box 951 | Two Fox Point Centre |
| Wilmington, DE 19899 | 6 Denny Road, Suite 307 |
| (302) 984-6000 | Wilmington, DE 19800 |
| provner@potteranderson.com | (302) 999-1540 |
| | stamoulis@swdelaw.com |
| *Attorneys for Cooper Notification, Inc.* | weinblatt@swdelaw.com |
| | |
| | *Attorneys for Rave Wireless Inc.* |

IT IS SO ORDERED this _____ day of March, 2010

_____
The Honorable Joseph J. Farnan, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12 day of March, 2010, the attached STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME was electronically filed with the Clerk of the Court using CM/ECF. I further certify that I caused the foregoing documents to served upon the below-named counsel of record by electronic mail.

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899 | Edward A. Cavazos, Esquire<br>Bracewell & Giuliani LLP<br>111 Congress Avenue, Suite 2300<br>Austin, TX 78701 |
| Paul J. Andre, Esquire<br>King & Spalding LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood City, CA 94065 | John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150 Wilmington, DE 19899 |
| Frederick L. Cottrell, III, Esquire<br>Richard, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Lynn H. Pasahow<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA 94041 |
| John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | |

                                                By: /s/ Stamatios Stamoulis
                                                           Stamatios Stamoulis