# Exhibits C - E
# Redacted in its entirety.