**RICHARDS LAYTON & FINGER**

Laura D. Hatcher
302-651-7589
Hatcher@rlf.com

December 22, 2011

**VIA CM/ECF FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Wilmington, DE 19801-3556

REDACTED
PUBLIC VERSION

Re:  *Cooper Notification, Inc. v. Twitter, Inc., et al.*, C.A. No. 09-865-LPS

Dear Judge Stark,

Pursuant to the Court's December 15, 2011 order concerning Defendant Federal Signal's Letter Brief Seeking Sanctions against Plaintiff Cooper Notification ("Cooper"), Everbridge, Inc. ("Everbridge") hereby submits this letter brief and supporting Affidavit in support of its costs, fees, and expenses incurred in preparation for the deposition of David Lowrey.

As set forth in greater detail in the Affidavit, attached hereto as **Exhibit A**, Everbridge expended a sum of $12,836.52 in costs, fees, and expenses in connection with the preparation and attendance of the deposition of Mr. Lowrey, as well as the preparation and submission of this letter and supporting Affidavit. Accordingly, Everbridge respectfully asks that the Court order Cooper to submit to Everbridge a payment in the amount of $12,836.52 or any such other relief as the Court deems just and equitable.

Respectfully,

*/s/ Laura D. Hatcher*

Laura D. Hatcher (#5098)
Hatcher@rlf.com

Enclosure
cc:  All Counsel of Record (via email)